IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00404-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JESUS BORJAS-ALVAREZ,
**2.**   **ISAUL VILLALOBOS-RUIZ**, and
3.   HEBER RUIZ-CORRAL,

    Defendants.

## ORDER TO CONTINUE SENTENCING HEARING FOR DEFENDANT ISAUL VILLALOBOS-RUIZ

The Government's Unopposed Motion to Continue Sentencing (Dkt. # 154) is GRANTED. The sentencing hearing on behalf of Defendant Villalobos-Ruiz, currently set for February 6, 2006, is CONTINUED to **March 20, 2006 at 10:00 a.m.**

    DATED: February 2, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*
                              _____
                              Phillip S. Figa
                              United States District Judge